## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Umshankar Ravi , plaintiff

Saritha Ravi , plaintiff

Write the full name of each plaintiff.

\_\_\_\_\_CV_____.
(Include case number if one has been assigned)

-against-

Citigroup Global Markets Holdings Inc, defendent

388 GREENWICH ST 38TH FLOOR,

NEW YORK NY 10013

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff ,   Umashankar Ravi & Saritha Ravi    , is a citizen of the State of
　　　　　　　(Plaintiff's name)

Indiana
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Citigroup Global Markets Holdings Inc._ , is a citizen of the State of
(Defendant's name)

New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Citigroup Global Markets Holdings Inc_ , is incorporated under the laws of

the State of  New York

and has its principal place of business in the State of  New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Umashankar | | Ravi |
|---|---|---|
| First Name | Middle Initial | Last Name |

14322 Heather Knoll Parkway

Street Address

| Carmel | Indiana | 46074 |
|---|---|---|
| County, City | State | Zip Code |

| 317-603-0302 | usravi10@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

If the defendant is an individual:

The defendant, _Citigroup Global Markets_ Holdings inc_____ , is a citizen of the State of
(Defendant's name)

_New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Citigroup global Markets_ Holdings inc___ , is incorporated under the laws of

the State of _New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Saritha | | Ravi |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 14322 Heather Knoll Parkway |
|---|
| Street Address |

| Hamilton, Carmel | Indiana | 46074 |
|---|---|---|
| County, City | State | Zip Code |

| 317-603-0301 | sravi97@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:       Citigroup Global Markets Holdings Inc
_____
First Name                           Last Name

_____
Current Job Title (or other identifying information)
**388 GREENWICH ST 38TH FLOOR**
_____
Current Work Address (or other address where defendant may be served)
**NEW YORK**                          **NY**                    **10013**
_____
County, City                          State                    Zip Code

Defendant 2:
_____
First Name                           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                          State                    Zip Code

Defendant 3:
_____
First Name                           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                          State                    Zip Code

Defendant 4: _____

     First Name               Last Name

     _____

     Current Job Title (or other identifying information)

     _____

     Current Work Address (or other address where defendant may be served)

     _____

     County, City             State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  388 GREENWICH ST 38TH FLOOR, NEW YORK NY 10013

Date(s) of occurrence:  March 17th, March 18th, March 19th

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see the file attached to this complaint "Ravi vs CGMHI.pdf"

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

We went thru depression for some time due to heavy unrecoverable losses to our

retirement funds without any fault of ours. Plaintiffs (Umashankar Ravi & Saritha Ravi)

trusted the Citi's velocity shares (because of their very well advertisements) and bought

UWT shares with retirement funds. But based on the statistics, the funds were not

properly managed by CITI and that resulted to liquidate our shares at lower prices

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Compensatory Damages  $  371,196.05

Punitive damages             $ 3,340,764.45

NY court filing fee            $          400

Total                               $ 3,712,360.5 (Plus reasonable interest at a customary rate

from March  19, 2020, and any additional relief  deemed appropriate by this Honorable
Court

## V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3/8/2021 | | *Umashankar Ravi* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Umashanakar | | Ravi |
| First Name | Middle Initial | Last Name |
| 14322 Hearther Knoll Parkway | | |
| Street Address | | |
| Carmel | Indiana | 46074 |
| County, City | State | Zip Code |
| 317-603-0302 | | usravi10@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3|8|2021

Dated

Saritha Ravi

Plaintiff's Signature

| Saritha | | Ravi |
|---|---|---|
| First Name | Middle Initial | Last Name |

14322 Heather Knoll Parkway

Street Address

| Hamilton, Carmel | Indiana | 46074 |
|---|---|---|
| County, City | State | Zip Code |

317-603-0301

Telephone Number

sravi97@yahoo.com

Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

## Ravi, Umashankar

Name (Last, First, MI)

| | | | |
|---|---|---|---|
| 14322, Heather Knoll Parkway | Carmel | Indiana | 46074 |
| Address | City | State | Zip Code |

317-603-0302

Telephone Number

usravi10@yahoo.com

E-mail Address

03-08-2021

Date

_Umashankar·Ravi_

Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Ravi, Saritha
_____
Name (Last, First, MI)

14322 Heather Knoll Parkway     Carmel                Indiana              46074
_____
Address                      City            State            Zip Code

317-603-0301                              sravi97@yahoo.com
_____
Telephone Number                           E-mail Address

3/8/21                                     Saritha Ravi
_____
Date                                       Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007