UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMASHANKAR RAVI; SARITHA RAVI,

              Plaintiffs,

-against-

CITIGROUP GLOBAL MARKETS HOLDINGS, INC.,

              Defendant.

21-CV-02223 (CM)

ORDER DENYING IFP APPLICATIONS

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiffs have sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiffs are directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

    Plaintiffs have consented to receive electronic service. (ECF 3 at 11-12.)

SO ORDERED.

Dated:   March 19, 2021
            New York, New York

                                                      COLLEEN McMAHON
                                         Chief United States District Judge