| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/7/2021 |
| UMASHANKAR RAVI; SARITHA RAVI,<br><br>                         Plaintiffs,<br><br>       -against-<br><br>CITIGROUP GLOBAL MARKETS<br>HOLDINGS INC.,<br><br>                         Defendant. | 21-CV-2223 (MKV)<br><br>ORDER OF SERVICE |

MARY KARY VYSKOCIL, United States District Judge:

      Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant Citigroup Global Markets Holdings, Inc. Plaintiffs are directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiffs have not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      Plaintiffs ask the Court to request *pro bono* counsel. The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiffs' efforts to obtain a lawyer, and Plaintiffs' ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because the merits of the case are not yet clear and because Plaintiffs have not adequately explained their efforts to obtain a lawyer to represent them, the Court denies the motion for counsel without prejudice to renewal at a later stage.

The motion for counsel is denied, and the Clerk of Court is directed to terminate it. (ECF 4.)

The Clerk of Court is further directed to mail Plaintiffs an information package.[1]

SO ORDERED.

Dated: April 7, 2021
       New York, New York

                                             *Mary Kay Vyskocil*
                                             MARY KAY VYSKOCIL
                                             United States District Judge

---

[1] Plaintiffs have consented to electronic service. (ECF No, 3 at 11-12.)