UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMASHANKAR RAVI, and SARITHA RAVI,

                Plaintiffs,

-against-

CITIGROUP GLOBAL MORTGAGE HOLDINGS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021

1:21-cv-02223-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Defendant submitted a request for a pre-motion conference on its anticipated motion to dismiss Plaintiff's complaint [ECF No. 16]. Plaintiffs oppose the request but seeks to file an amended complaint [ECF No. 17]. After reviewing the arguments set out in the parties' submissions, Defendant's request for a pre-motion conference is DENIED, and defendant is GRANTED leave to file a motion to dismiss on the schedule set forth below.

    IT IS HEREBY ORDERED that on or before May 28, 2021, Plaintiffs must file any amended complaint. Plaintiffs are not limited only to the proposed amendments discussed in their letter to the Court, but should make any amendment they believe responds to Defendant's arguments. This will be Plaintiffs' last opportunity to amend the complaint in response to arguments raised in the parties' letters.

    IT IS FURTHER ORDERED that Defendant may file a motion to dismiss the complaint in this action on or before June 18, 2021. If Plaintiff files an amended complaint, Defendant's motion should be addressed to that complaint and no additional pre-motion letter is required. Plaintiffs must respond to the motion to dismiss with thirty days of its filing. Defendant must file any reply within fourteen days of Plaintiffs' opposition. If Defendant does not intend to file

a motion to dismiss any amended complaint, Defendant's answer also must be filed by June 18, 2021.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline.

SO ORDERED

Dated: May 11, 2021
      New York, New York

/s/ Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge