```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMASHANKAR RAVI and SARITHA RAVI,

          Plaintiffs,

-against-

CITIGROUP GLOBAL MARKETS HOLDINGS INC.,

          Defendant.

1:21-cv-02223 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs filed their Amended Complaint on May 27, 2021 [ECF No. 19]. Defendant timely moved to dismiss the Amended Complaint on June 18, 2021 [ECF No. 22]. To date, Plaintiffs have failed to oppose the Motion to Dismiss, despite being instructed to respond within thirty days of the filing of any Motion to Dismiss [ECF No. 18].

    Accordingly, IT IS HEREBY ORDERED that on or before August 23, 2021, Plaintiff shall file any opposition to the Motion to Dismiss. If Plaintiffs fail to do so, the Court will consider the Motion to Dismiss unopposed. In the event that Plaintiffs file any opposition, Defendant must file any reply on or before September 6, 2021.

**SO ORDERED.**

**Date: August 2, 2021**
**       New York, NY**

*(signature: Mary Kay Vyskocil)*
**MARY KAY VYSKOCIL**
**United States District Judge**