**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UMASHANKAR RAVI and SARITHA RAVI,

                Plaintiffs,                21 **CIVIL** 2223 (GHW)

       -against-                         **<u>JUDGMENT</u>**

CITIGROUP GLOBAL MARKETS HOLDINGS,
INC.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Report & Recommendation dated August 31, 2022, the Court adopted the Report in full and dismissed the SAC with prejudice; the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962), judgment is entered; accordingly, the case is closed.

**Dated:** New York, New York
         September 1, 2022

                                                     **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                  **BY:**
                                                    _____
                                                       **Deputy Clerk**